NUMBER 13-08-00130-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________ 


MATTHEW SAYLES, Appellant,


v.



THE STATE OF TEXAS, Appellee.





On Appeal from the 319th District Court 


of Nueces County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Appellant, Matthew Sayles, attempts to appeal his conviction for possession of
cocaine. The trial court has certified that this "is a plea-bargain case, and the defendant
has NO right of appeal." See Tex. R. App. P. 25.2(a)(2).

 On March 12, 2008, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.

 On March 27, 2008, counsel filed a motion to withdraw from this case on grounds
he was not retained for purposes of appeal. Counsel's motion states that he is "unaware
of any meritorious grounds for appeal in this cause." Counsel's response does not
establish that the certification currently on file with this Court is incorrect or that appellant
otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provides that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. 

 Accordingly, this appeal is DISMISSED. Counsel's motion to withdraw is
DISMISSED AS MOOT. 


 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered 

and filed this the 10th day of April, 2008.